

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2015

No. 04-14-00809-CR

**EX PARTE** Jorge **GARCIA**

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2000CR5603W
Honorable Andrew Wyatt Carruthers, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on January 14, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2015.

_____
Keith E. Hottle, Clerk